| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jessica E.Rico (SNB 283672)<br>14435 Sherman Way Ste 209<br>Van Nuys, CA 91405<br>(818) 787-1187 Fax: (818) 787-1169<br>jessicarico@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 30 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** duarte    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Santa Ana* DIVISION**

| In re:<br><br>Maria De Cruz Flores<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:17-bk-13798-ES<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION**<br>**FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY**<br><br>DATE: 10/19/17<br>TIME: 10:00 a.m.<br>COURTROOM: 5A<br>PLACE:  411 West Fourth Street<br>            Santa Ana, CA 92701 |

**Movant** *(name)*: Maria De Cruz Flores

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

    *Vehicle identification number:*
    *Location of vehicle (if known):*

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*
    *Location (if known):*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 1                                **F 4001-1.IMPOSE.STAY.ORDER**

☐ Other personal property (*describe type, identifying information, and location*):

☒ Real property:

    *Street Address:*    2126 W. Elder Ave.
    *Unit Number:*
    *City, State, Zip Code:* Santa Ana, CA 92704

Legal description or document recording number (*including county of recording*): Lot 82 of tract No. 3355, in the City of Santa Ana, County of Orange, State of California, as per map recorded in Book 111, pages 31 through 33 of miscellaneous maps, in the office of the county recorder of said county.

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☒ The present case was filed in good faith.
   b. ☒ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☒ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☒ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

###

Date: October 30, 2017

*/s/ Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 4001-1.IMPOSE.STAY.ORDER