FORM CACB van160–od13h
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
## [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Maria De Cruz Flores
aka Maria D Flores

**BANKRUPTCY NO.** 8:17–bk–13798–ES

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8958
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 12/13/18

**Address:**
2126 W Elder Ave
Santa Ana, CA 92704

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: December 13, 2018

BY THE COURT,

**Erithe A. Smith**
United States Bankruptcy Judge